EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2003

at 11 o'clock and __ __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| | ) | |
| Plaintiff, | ) | INDICTMENT  CR03 00078 HG |
| | ) | |
| vs. | ) | [21 U.S.C. § 841; 18 U.S.C. |
| | ) | §§ 922 and 924] |
| STACEY KUAMO'O, | ) | |
| a.k.a. Stacey Bohol, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1:

The Grand Jury charges:

On or about January 28, 2003, within the District of Hawaii, **STACEY KUAMO'O**, a.k.a. Stacey Bohol, did knowingly and intentionally possess, with intent to distribute, in excess of

fifty (50) grams of Methamphetamine, its salts, isomers, and salts of its isomers a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2:

The Grand Jury further charges that:

On or about January 28, 2003, within the District of Hawaii, **STACEY KUAMO'O**, a.k.a. Stacey Bohol, did knowingly and intentionally carry a firearm, to wit: a "Raven Arms" brand .25 caliber, semi-automatic handgun, serial number 724513; and a "Davis Industries", Model D-32 two shot .32 caliber pistol, serial no. 188689, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, the offense described in Count 1 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT 3:

The Grand Jury further charges that:

On or about January 28, 2003, within the District of Hawaii, defendant **STACEY KUAMO'O**, a.k.a. Stacey Bohol, who at the time was an unlawful user of a controlled substance, did knowingly possess in and affecting commerce a firearm, that is: a "Raven Arms" brand .25 caliber, semi-automatic handgun, serial number 724513; a "Davis Industries", Model D-32 two shot .32

caliber pistol, serial no. 188689; and a black Ruger .22 caliber semi-automatic pistol, serial number removed, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

COUNT 4:

The Grand Jury further charges that:

On or about January 28, 2003, within the District of Hawaii, defendant **STACEY KUAMO'O**, a.k.a. Stacey Bohol, knowingly possessed a firearm, to wit: a black Ruger .22 caliber semi-automatic pistol, from which the manufacturer's serial number had been removed, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

DATED: Honolulu, Hawaii, February 13, 2003.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Stacey Kuamo'o
"Indictment"
Cr. No.

3