EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00078 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | MOTION FOR REDUCTION OF |
| | ) | SENTENCE FOR SUBSTANTIAL |
| vs. | ) | ASSISTANCE PURSUANT TO |
| | ) | F.R.CR.P. 35(b)(2)(B); |
| STACEY KUAMO'O, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |

**MOTION FOR REDUCTION OF SENTENCE FOR SUBSTANTIAL
ASSISTANCE PURSUANT TO F.R.CR.P. 35(b)(2)(B)**

The United States of America, by and through its undersigned counsel, hereby makes this Motion for Reduction of Sentence for Substantial Assistance Pursuant to F.R.Cr.P. 35(b)(2)(B) in the above-referenced criminal case.

I.    **Procedural History**

On February 13, 2003, Defendant Stacey Kuamo'o (hereinafter "Defendant") was charged in an Indictment with one (1) count of a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(Count 1 - Possession with intent to distribute in excess of 50 grams of Methamphetamine); one (1) count of a violation of Title 18, United States Code, Section 924(c)(Count 2 - Possession of a firearm during and in relation to a drug trafficking crime); one (1) count of a violation of Title 18, United States Code, Section 922(g)(Count 3 - unlawful user of a controlled substance in possession of a firearm); and one (1) count of a violation of Title 18, United States Code, Section 922(k)(Count 4 - Possession of a firearm from which the manufacturer's serial number had been removed).

On May 19, 2003, the Defendant appeared before Magistrate Judge Kevin S.C. Chang and plead guilty to Counts 1 and 2 of the indictment.

On February 2, 2004, this Court sentenced Defendant to a term of imprisonment of 120 months as to Count 1 and 60 months as to Count 2, to be served consecutively.  Defendant was also sentenced to a term of supervised release of five years, and a special assessment of $200.00.

On January 31, 2005, an Anticipatory Motion for Reducing Defendant's Sentence For Substantial Assistance was filed in this case.  This motion was characterized as anticipatory at that time because defendant's actual post-sentence assistance and cooperation had not yet been completed.

The government filed the motion to preserve the opportunity to correct Defendant's sentence in the event that he actually provided substantial assistance.

II. **Substantial Assistance**

The instant motion is filed pursuant to F.R.Cr.P. 35(b)(2)(B) and seeks to reduce the sentence of Defendant Stacey Kuamo'o based on the following substantial assistance:

1. In March 2003, Ernest Esparza and Catarino Ojeda was arrested in Hilo, Hawaii, after they had accepted a controlled delivery of a USPS Express Mail parcel containing 2,635 grams of methamphetamine. Esparza and Ojeda were subsequently prosecuted in USDC-Hawaii Cr. No. 03-0127SOM.

2. In late 2003, Defendant advised DEA of his historical methamphetamine dealings with Esparza and Ojeda prior to 2003. As a result thereof, a superseding indictment was thereafter returned by the Federal Grand Jury, alleging Defendant as an unindicted co-conspirator with Esparza and Ojeda. Trial for Esparza and Ojeda was scheduled for June 2004. At the last moment, Esparza and Ojeda, with the knowledge that Defendant was a prosecution witness, pled guilty.

3. Esparza was subsequently sentenced on May 20, 2005 to 228 months incarceration, and Ojeda on November 17, 2005 to 248 months imprisonment. The Defendant was kept available and was prepared to testify at the sentencing hearings of Esparza and

Ojeda in the event that it was necessary. Esparza and Ojeda knew that the Defendant was available to testify at their sentencing. The testimony of the Defendant at the sentencing hearings of Esparza and Ojeda was not necessary.

III.     **Sentencing Recommendation**

At Defendant's sentencing on February 2, 2004, for Count 1, which was a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(Possession with intent to distribute in excess of 50 grams of Methamphetamine), Defendant's sentencing guideline calculation resulted in a total offense level of 29 and a criminal history of I. The guideline range for imprisonment was 87 to 108 months. However, because the Defendant was not eligible for the safety valve due his use of a firearm during the commission of a felony drug offense (Count 2), the Defendant was subject to a 10-year mandatory minimum term of imprisonment.

In addition, as to Count 2, a violation of Title 18, United States Code, Section 924(c)(Possession of a firearm during and in relation to a drug trafficking crime), Defendant was subject to a mandatory 5-year consecutive term of imprisonment.

Given Defendant's substantial assistance, the government recommends that this Court depart downward below the statutory 10-year mandatory minimum as to Count 1 to a sentence within the Guideline range for an offense level of 27, criminal

history category I, with a range of between 70 and 87 months. For purposes of clarity, the government's intent is that its recommendation not affect the sentence for Count 2, a mandatory 5-year consecutive term of imprisonment.  Therefore, Defendant's sentence as to Count 2 should remain intact, and be consecutive to any sentence that the Court deems appropriate for Count 1 pursuant to this motion.

DATED: February 10, 2006, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Chris A. Thomas
   CHRIS A. THOMAS
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE
---

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

MICHAEL G.M. OSTENDORP, ESQ.                February 10, 2006
333 Queen Street, Suite 803
Honolulu, Hawaii 96813

Attorney for Defendant
STACEY KUAMO'O


Served by Hand Delivery:                    February 10, 2006

U.S. PROBATION OFFICE
Attn: Malia Eversole
300 Ala Moana Blvd., Suite C-126
Honolulu, HI 96850


DATED: Honolulu, Hawaii, February 10, 2006.


                                            /s/ M. Derby-Taufa'asau