ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at 10 o'clock and 35 min. a M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

CHRIS A. THOMAS #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00078 HG |
| | ) | |
| Plaintiff, | ) | AMENDED CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| STACEY KUAMO'O, | ) | |
| | ) | |
| Defendant. | ) | |

AMENDED CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the MOTION FOR REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE PURSUANT TO F.R.CR.P. 35(b)(2)(B) was served on the following at their last known addresses:

Served by First Class Mail:

    Stacey Kuamo'o #89169-022
    FCI Lompoc
    3600 Guard Road
    Lompoc, CA   93436

    Pro Se

DATED:  March 14, 2006, at Honolulu, Hawaii.

_____